**Order entered November 30, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00653-CV

### DEBORAH HUMPHREY, Appellant

### V.

### DAVID YANCEY AND NATIONWIDE SLATE, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07257**

## ORDER

Because the November 19, 2015 agreed motion for abatement does not reflect appellant and appellee David Yancey conferred with appellee Nationwide Slate regarding the motion or served Nationwide a copy of the motion as required by the rules of appellate procedure, we **DENY** the motion without prejudice to refiling a motion that complies with the rules. *See* TEX. R. APP. P. 9.5(d), 10.1(a)(5).

/s/    CRAIG STODDART
         JUSTICE